UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:   BRANDIE JO HANKS                                       CHAPTER 13
                                                                CASE NO. 16-61079

         Debtor

### ORDER DENYING MOTION TO APPROVE LOAN MODIFICATION

This case is before the court on the Motion of Brandie Jo Hanks, the Debtor, to Approve Loan Modification, filed January 4, 2018, as Docket Entry #21

Upon consideration of the matter by the Court at the February 22, 2018, hearing, it is

**ORDERED, ADJUDGED** and **DECREED**

That the Motion to Approve Loan Modification filed by Debtor, is DENIED.

Debtor's counsel shall serve this Order in accordance with Local Rules.

**Entered: March 6, 2018**

_____
U.S. Bankruptcy Judge

I ask for this:

/s/ David Wright
David Wright
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax
dave@coxlawgroup.com
VSB 40424
Counsel for the Debtor

Seen:

/s/ Herbert Beskin
Herbert Beskin, Chapter 13 Trustee